[Doidfees] [Order Impending Dismissal]

ORDERED.

**Dated: January 12, 2016**

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:15−bk−08657−CCJ
                                                                                        Chapter 13
Christine Lynne Quattry
aka Christine Quattry Peacock

_____Debtor\*_____/

### ORDER OF IMPENDING DISMISSAL

   THIS CASE came on for consideration of the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that on October 15, 2015, the Court entered an Order Approving Application to Pay Filing Fees in Installments. The Debtor has failed to comply with the order by failing to remit the balance due in the amount of $306.00.

   Accordingly, it is

   **ORDERED:**

   1. The Debtor or the Chapter 13 Trustee shall remit the balance of the filing fees in the amount of $306.00 within 14 days of this order.

   2. If the unpaid balance of the filing fee is not paid within 14 days of the date of this Order, an order dismissing this case shall be entered without further notice or hearing.

Clerk's Office to Serve this Order on interested parties.
\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.