**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: February 5, 2016**

_____
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:15–bk–08657–CCJ
 Chapter 13
Christine Lynne Quattry
aka Christine Quattry Peacock

_____Debtor*_____/

### ORDER ABATING OBJECTION TO CLAIM(S). 1 OF UNITED CONSUMER FINANCIAL SVCS.

THIS CASE came on for consideration, without hearing, of the Objection to Claim(s). 1 of United Consumer Financial Svcs. by Debtor , Doc. # 31 . After a review of the objection , the Court determines that the objection is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☑ The objection was filed without a certificate of service as required by Local Rule 9013–1.

☐ The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not include a complete property address.

☐ The motion does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

Accordingly it is

***ORDERED:***

Consideration of the objection is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.