ORDERED.

Dated: February 09, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
CHRISTINE LYNNE QUATTRY,    Case No. 6:15-08657-CCJ
                             Chapter 13
    Debtor.
_____/

**ORDER GRANTING AMENDED JOINT MOTION TO CONTINUE FEBRUARY 14, 2017 HEARINGS AND RELATED DEADLINE (D.E. 101)**

This case came before the Court without a hearing upon the Amended Joint Motion to Continue February 14, 2017 Hearings and Related Deadline filed by Wells Fargo Bank N.A. and the Debtor (the "Amended Motion," D.E. 101). After reviewing the pleadings, it is

**ORDERED**:

1. The Amended Motion is GRANTED.

2. Wells Fargo and the Debtor have sixty (60) days from the date of this Order to complete the mediation as ordered in the Order Directing Parties to Mediation (D.E. 93).

3.      All hearings currently scheduled in this matter for February 14, 2017, are CONTINUED to May 9, 2017 at 2:45 p.m. in Courtroom 6D at 400 W. Washington Street, Orlando, FL 32801.

4.      Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

5.      Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

###

*Attorney Courtney A. McCormick is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*