ORDERED.

Dated: February 09, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

CHRISTINE LYNNE QUATTRY,                    Case No. 6:15-bk-08657-CCJ

　　Debtor.                                  Chapter 13
_____/

### AGREED ORDER CONTINUING FEBRUARY 14, 2017 HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 7 OF EDUCATIONAL CREDIT MANAGEMENT CORPORATION

**THIS CAUSE** came before the Court without hearing on the *Educational Credit Management Corporation's Agreed Motion to Continue February 14, 2017 Hearing on Objection to Claim* (the "Agreed Motion") (D.E. #102). The Court, having reviewed the Agreed Motion, being advised that *Pro Se* Debtor Christine Lynne Quattry ("Debtor") agrees to the relief requested in the Agreed Motion, good cause appearing, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1.　　The Agreed Motion is Granted.

2.     The hearing scheduled for February 14, 2017 at 2:00 p.m. on the *Debtor's Objection/Opposition to Educational Credit Management Corporation (ECMC) Proof of Claim* (D.E. #44) and the *Response to Debtor's Objection / Opposition to Educational Credit Management Corporation (ECMC) Proof of Claim* (D.E. #60) is continued to May 9, 2017 at 2:45 p.m. in Courtroom 6D, George C. Young United States Courthouse, 400 West Washington Street, Orlando, Florida.

#     #     #

Copies furnished to:

John D. Eaton, Esq. (Attorney Eaton is hereby directed to serve a copy of this Order on the Debtor within three (3) business days and to file a Certificate of Service with the Court.)

4810-9029-3313, v. 1