# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

CHRISTINE LYNNE QUATTRY,                    Case No. 6:15-bk-08657-CCJ
a/k/a CHRISTINE QUATTRY PEACOCK,     Chapter: 13

    Debtor.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Order Granting Amended Joint Motion to Continue February 14, 2017 Hearing and Related Deadline [D.E. 103] was served on February 9, 2017.

    McGUIREWOODS LLP

    By  */s/ Courtney A. McCormick*
        Sara F. Holladay-Tobias (FL Bar No. 0026225)
        Emily Y. Rottmann (FL Bar No.93154)
        Courtney A. McCormick (FL Bar No. 92879)
        Anna Haugen (FL Bar No. 89555)
        50 N. Laura Street, Suite 3300
        Jacksonville, Florida 32202
        (904) 798-3200
        (904) 798-3207 (fax)
        sfhollad@mcguirewoods.com
        erottmann@mcguirewoods.com
        cmccormick@mcguirewoods.com
        ahaugen@mcguirewoods.com

    *Attorneys and Trial Counsel for*
    *Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on February 9, 2017. I further certify that a copy of the foregoing document and notice of electronic filing is being served this day via electronic mail and U.S. Mail on:

Christine L. Peacock
1190 July Circle
Deltona, FL  32738
*legal@digital-studios.biz*

                                                */s/ Courtney A. McCormick*
                                                       Attorney

86947293v1