**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

CHRISTINE LYNNE QUATTRY,                    Case No. 6:15-bk-08657-CCJ

    Debtor.                                      Chapter 13
_____/

**CERTIFICATE OF SERVICE OF ORDER**

**I HEREBY CERTIFY** that a true and correct copy of the Court's *Agreed Order Continuing February 14, 2017 Hearing on Debtor's Objection to Proof of Claim No. 7 of Educational Credit Management Corporation* (D.E. 104) was served on February 9, 2017 via CM/ECF transmission to the Debtor, Christine Quattry Peacock, 1190 July Circle, Deltona, Florida 32738, and via CM/ECF transmission on all other registered users in this case.

                                        Respectfully submitted,

                                        **SHAWDE & EATON, P.L.**
                                        Attorneys for ECMC
                                        1792 Bell Tower Lane
                                        Weston, Florida 33326
                                        Telephone: (305) 376-3176

                                        By:  */s/ John D. Eaton*
                                               John D. Eaton
                                             Florida Bar No. 0861367
                                             jeaton@shawde-eaton.com

4817-3474-4635, v. 1